United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO CASAMASSIMA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANTONIO CUADRA, <br><br> Defendant. | Case No. 20-cv-04071-JD <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Re: Dkt. No. 19 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's report recommending that default judgment be entered in favor of plaintiff Casamassima on his breach of contract and related claims against defendant Cuadra. Dkt. No. 19. The report was filed on November 16, 2020, and the deadline to file objections, which was November 30, 2020, has passed. *See* Fed. R. Civ. P. 72(b). The Court waited an additional period of time for any objections. None were filed.

The Court adopts the report. Casamassima's motion for default judgment, Dkt. No. 13, is granted, except to the extent it requests an award of unspecified costs beyond the $400 filing fee. Cuadra is ordered to pay Casamassima $432,897.50 in damages and $400 in costs.

**IT IS SO ORDERED.**

Dated: December 18, 2020

JAMES DONATO
United States District Judge